FILED
2016 Sep-16  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: CV-16-SGC-0474-S |
| WILLIAMS & FUDGE, INC. | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Douglas Roberts and Defendant Williams & Fudge, Inc., by and through their respective undersigned counsel, and hereby jointly request this Honorable Court to dismiss all of Plaintiff's claims and this action with prejudice, with costs taxed as paid.

Respectfully submitted,

John G. Watts
M. Stan Herring
*Attorneys for Plaintiff, Douglas Roberts*

OF COUNSEL:
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com

{W0489136.1}


/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr.
*Attorney for Defendant,*
*Williams & Fudge, Inc.*

**OF COUNSEL:**

Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
205.380.6984 (direct)
205.879.8722 (main phone)
205.879.8831 (main fax)
LJY@ffmylaw.com

{W0489136.1}