# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:16-cv-00474-SGC |
| WILLIAMS & FUDGE, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On September 16, 2016, a joint stipulation of dismissal was filed, signed by all parties to the above-captioned matter.  (Doc. 17).  Accordingly, this matter is **DISMISSED WITH PREJUDICE**, costs taxed as paid.  F℮D. R. C℮V. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 19th day of September, 2016.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE